474 A.2d 645

Commonwealth v. Sheppard, Appellant.

Submitted November 18, 1983. Edward M. Flannery, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

The order of the learned Philadelphia County Common Pleas Court Judge Edward J. Blake is affirmed.